

# Fourth Court of Appeals
## San Antonio, Texas

January 28, 2020

No. 04-19-00874-CV

Nydia **PENA,**
Appellant

v.

Armando **GUERRERO**, III,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-15587
Honorable Laura Salinas, Judge Presiding

# O R D E R

Debra Jimenez's notification of late reporter's record is hereby NOTED. Time is extended to March 8, 2020.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of January, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court